1  LYNN HUBBARD, III SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
4  Telephone: (530) 895-3252
   Facsimile:   (530) 894-8244
5

6  Attorneys for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES SANFORD,                           ) No. CIV.S-05-1289 LKK DAD
                                              )
13 |       Plaintiff,                         ) **REQUEST FOR DISMISSAL OF**
                                              )
14 |       vs.                                ) **DEFENDANT MCKESSON**
                                              )
15 | LONGS DRUG STORES                        ) **AUTOMATION SYSTEM**
   | CALIFORNIA, INC. dba LONGS               )
16 | DRUG; MCKESSON AUTOMATION                ) **AND ORDER THEREON**
17 | SYSTEM                                   )
                                              )
18 |       Defendants.                        )
                                              )
19                                            )
                                              )
20

21

22

23

24

25

26

27

28

Request for Dismissal of Defendant McKesson Automation Systems, Inc. and Order Thereon
Sanford v. Long's Drug
Case No. CIV.S-05-1289 LKK DAD

1  TO THE COURT AND ALL PARTIES:

2    Plaintiff, JAMES SANFORD, requests the Court dismiss the above
3  entitled action, without prejudice, **as to MCKESSON AUTOMATION SYSTEM,**
4
5  **INC. only.**

6    Nothing in this Request for Dismissal shall be construed to affect
7  plaintiff's complaint and claims in the above-referenced case against defendants
8  other than defendant MCKESSON AUTOMATION SYSTEM, INC.
9
10
11  Dated: July 11, 2005          LAW OFFICES OF LYNN HUBBARD
12
13           /s/ Lynn Hubbard, Esquire
             LYNN HUBBARD, III
14           Attorney for Plaintiff
15

16  IT IS SO ORDERED
17
18
    Dated: July 12, 2005.          /s/Lawrence K. Karlton
19                                 Judge of the District Court
20
...
28

Request for Dismissal of Defendant McKesson Automation Systems, Inc. and Order Thereon
Sanford v. Long's Drug
Case No. CIV.S-05-1289 LKK DAD