LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUG; MCKESSON AUTOMATION SYSTEM<br><br>    Defendants. | No. CIV.S-05-1289 LKK DAD<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT MCKESSON AUTOMATION SYSTEM AND ORDER THEREON** |

Request for Dismissal of Defendant McKesson Automation Systems, Inc. and Order Thereon
Sanford v. Long's Drug
Case No. CIV.S-05-1289 LKK DAD

1

TO THE COURT AND ALL PARTIES:

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, without prejudice, **as to MCKESSON AUTOMATION SYSTEM, INC. only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant MCKESSON AUTOMATION SYSTEM, INC.

Dated:  July 11, 2005          LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated:  July 12, 2005.          /s/Lawrence K. Karlton
Judge of the District Court

Request for Dismissal of Defendant McKesson Automation Systems, Inc. and Order Thereon
Sanford v. Long's Drug
Case No. CIV.S-05-1289 LKK DAD