1 | LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 | LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
Telephone:  (530) 895-3252
4 | Fax:  (530) 894-8244

5 | Attorneys for Plaintiff

6 | MELISSA O'MANSKY, SBN 227451
LEWIS BRISBOIS BISGAARD & SMITH
7 | 221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
8 | Telephone: (213) 250-1800
Fax: (213) 250-7900
9

10 | Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV. S-05-01289-LKK-DAD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendant, LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: July 19, 2006          LAW OFFICES OF LYNN HUBBARD, III

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: July 17, 2006          LEWIS BRISBOIS BISGAARD & SMITH

/s/ Melissa O'Mansky
MELISSA O'MANSKY
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01289-LKK-DAD, is hereby dismissed with prejudice.

Dated: July 25, 2006.

United States District Judge